606 A.2d 358

STATE OF NEW JERSEY, v. BRUCE STERLING.

March 12, 1992.

Petition for certification is denied, without prejudice to an appropriate application for post-conviction relief. See *State v. Lagares*, 127 *N.J.* 20, 601 *A.*2d 698 (1992).

606 A.2d 358

STATE OF NEW JERSEY, v. L.B.

March 17, 1992.

Petition for certification is denied; provided, however, that the judgment of the Appellate Division is modified to the end that the remand to the Law Division shall be conducted in the light of this Court's decision in *State v. Budis*, 125 *N.J.* 519, 593 *A.*2d 784 (1991).